```
                 prntrcpt
            Thomas A. Wilder
              District Clerk
           Tarrant County,  Texas
```

1-00027533                                04/23/2015

```
-----------------------------------------------------------
                Cause Number 141-260541-12
-----------------------------------------------------------
                   LEWIS  SANBORN
                        VS
           KEENAN  LOUIS  MCCARTY,  ET  AL
-----------------------------------------------------------
  Description                                      Fees
-----------------------------------------------------------
COURT COST (PAID) trans #169                      313.00
COURT COST (PAID) trans #171                      109.55
                                            ---------------
  Sub Total for this Cause                         422.55

Paid CCARD ID#100125299229                         422.55
```

         File desk assistant   JENNIE       says

                     THANK YOU!

```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¿
³    GRAND TOTAL FOR ALL TRANSACTIONS     ³
³            *********$422.55             ³
ÀÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ
```

                  Received from
               JOHN JOSEPH GITLIN
             Cause Number: 14126054112


A Convenience Fee applies to all payments made by Credit Card.

This fee is non-negotiable and will appear on your credit card as
a separate line item from your payment amount.

The Tarrant County District Clerk does not receive any part of
this fee.